UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **14-20895** CR-COOKE

/TORRES

18 U.S.C. § 1594(c)
18 U.S.C. § 1591(a)(1) & (b)(2)
18 U.S.C. § 1594(e)(1)

UNITED STATES OF AMERICA

vs.

RICKY JERMAINE ATKINS and
SANDRA SIMON,

      **Defendants.**
_____/

FILED by ___ D.C.

DEC 09 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

From in and around July 2014, the exact date being unknown to the Grand Jury, through on or about September 10, 2014, in Miami-Dade County and Monroe County, in the Southern District of Florida, the defendants,

**RICKY JERMAINE ATKINS and
SANDRA SIMON,**

did knowingly and willfully combine, conspire, confederate and agree with each other and with others known and unknown to the Grand Jury, to knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain and maintain by any means a person, knowing, and in reckless disregard of the fact, that the person had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(2); all in violation of Title 18, United States Code, Section

1594(c).

## COUNT 2

From on or about August 1, 2014, the exact date being unknown to the Grand Jury, through on or about August 20, 2014, in Miami-Dade County and Monroe County, in the Southern District of Florida, the defendants,

**RICKY JERMAINE ATKINS and
SANDRA SIMON,**

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain and maintain by any means a person, that is, minor G.W., knowing, and in reckless disregard of the fact, that G.W. had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(2) and 2.

## COUNT 3

From on or about August 1, 2014, the exact date being unknown to the Grand Jury, through on or about August 20, 2014, in Miami-Dade County and Monroe County, in the Southern District of Florida, the defendants,

**RICKY JERMAINE ATKINS and
SANDRA SIMON,**

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain and maintain by any means a person, that is, minor L.P., knowing, and in reckless disregard of the fact, that L.P.. had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(2) and 2.

## CRIMINAL FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **RICKY JERMAINE ATKINS** and **SANDRA SIMON**, have an interest.

2. Upon conviction of any of the violations alleged in this Indictment, the defendant so convicted shall forfeit to the United States any property which the defendant used or intended to be used to commit or to facilitate such violation, and any property constituting, or derived from, any proceeds which the defendant obtained, directly or indirectly, as the result of any such violation, pursuant to Title 18, United States Code, Section 1594(e).

3. The property subject to forfeiture includes, but is not limited to:

    a. One (1) silver 2007 Nissan Murano, bearing Florida license plate 718XWK, Vehicle Identification Number (VIN) JN8AZ08WX7W633345.

A TRUE BILL

_____
FOREPERSON

_Signature_
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_Signature_
SETH M. SCHLESSINGER
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

RICKY JERMAINE ATKINS and
SANDRA SIMON,

**Defendants.**
_____/

CASE NO.:_____

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

| | | |
|---|---|---|
| New Defendant(s) | Yes ____ | No ____ |
| Number of New Defendants | | |
| Total number of counts | | |

**Court Division:** (Select One)

__X__ Miami          ____ Key West
____ FTL             ____ WPB
____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.
3. Interpreter:    (Yes or No)    No
   List language and/or dialect
4. This case will take ___3-4___ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)                     (Check only one)

   I.   0 to 5 days        __X__       Petty         ____
   II.  6 to 10 days       ____         Minor         ____
   III. 11 to 20 days      ____         Misdemeanor   ____
   IV.  21 to 60 days      ____         Felony        __X__
   V.   61 days or over    ____

6. Has this case been previously filed in this District Court? (Yes or No)    No
   If yes:
   Judge: _____   Case No.: _____
          (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)    No
   If yes:
   Magistrate Case No.
   Related Miscellaneous numbers:
   Defendant(s) in federal custody as of
   Defendant(s) in state custody as of     09/26/14 (Simon)
   Rule 20 from the District of

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?
   ____ Yes    __X__ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?
   ____ Yes    __X__ No

                                              _____
                                              SETH M. SCHLESSINGER
                                              ASSISTANT UNITED STATES ATTORNEY
                                              Florida Bar No.: 064065

\*Penalty Sheet(s) attached                                              REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: SANDRA SIMON

**Case No**: _____

Count 1:

Conspiracy to Engage in Sex Trafficking of Minors

Title 18, United States Code, Section 1594(c)

* **Max. Penalty**: Life Imprisonment
* **Min. Penalty**: None

Counts 2-3:

Sex Trafficking of a Minor

Title 18, United States Code, Sections 1591(a)(1) & (b)(2)

* **Max. Penalty**: Life Imprisonment
* **Min. Penalty**: Ten (10) Years' Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** RICKY JERMAINE ATKINS

**Case No:**

Count 1:

Conspiracy to Engage in Sex Trafficking of Minors

Title 18, United States Code, Section 1594(c)

**\* Max. Penalty**: Life Imprisonment
**\* Min. Penalty**: None

Counts 2-3:

Sex Trafficking of a Minor

Title 18, United States Code, Sections 1591(a)(1) & (b)(2)

**\* Max. Penalty**: Life Imprisonment
**\* Min. Penalty**: Ten (10) Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**