**UNITED STATES DISTRICT COURT**
Southern District of Florida

Sealed

UNITED STATES OF AMERICA  ) Case Number: CR 14-20895-CR-Cooke
                Plaintiff )
                           ) REPORT COMMENCING CRIMINAL
        -vs-               )      ACTION
                           )
Ricky Jermaine Atkins      )
          Defendant        ) USMS NUMBER
*************************************************************
TO: Clerk's Office   MIAMI   FT. LAUDERDALE   W. PALM BEACH
    U.S. District Court     FT. PIERCE
                       (circle one of above)
NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE.
*************************************************************
All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 12/10/2014   6:30   (am)/pm

(2) Language Spoken: English

(3) Offense(s) Charged: 18 USC 1591 - Sex Trafficking of a Minor

(4) U.S. Citizen  [X] Yes   [ ] No   [ ] Unknown

(5) Date of Birth: 08/23/1986

(6) Type of Charging Document:  (check one)
    [X] Indictment   [ ] Complaint to be filed/already filed
    Case# 14-20895

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: Southern

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ]YES   [ ]NO

Amount of Bond: $
Who set Bond:

(7) Remarks:

(8) Date: 12/10/2014   (9) Arresting Officer: SA Amanda Detterline
(10) Agency: FBI                (11) Phone: 954-734-4627
(12) Comments: