

14-20895-CR-MGC

FILED by \_\_\_\_ D.C.
FEB 13 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

Dear Judge Cooke

My name is Ricky Atkins and I respectfully write this letter to outline what I feel is a very serious sitiation and thank you for your time in reviewing it.

Unfortunately I must request new counsel. Of course I am mindful that the charges 18 U.S.C 1591 against me are serious however, I am innocent of the charges contained in my indictment and wish to go to trial. My case is unique and there are more than 30 people in my comminity waiting to be interviewed who want to come and testify to my innocence and my character.

My counsel will not interview any of them. She say's she will not put up a serious defense because [you] know I am guilty and the FBI will lie to get conviction so it's best for me to plead to 10 year (to 15) if I cooperate. my question is this; How could you already conclude I am guilty without witnessing the trial. My lawyr came here and pressured me to sign the plea agreement because otherwise "all your efforts to defensed yourself will fail and you will get 30 years." I told her why? I am innocent and gave her people to interview at the Hotel who report that the goverment witnesses are lying and it was not me who was there...

I never agreed with any one to commit any offense I am charged with, the alledged victims or otherwise. I never aided or abetted anyone to commit such offense. My counsel will not investigate people to build my defense and I believe it is unfair. Early on I gave her other evidence that exonerates me and now she says she "lost it" although when I frist gave it to her she said it was a complete defense. it was the only copy of my daily journal showing all of my thoughts and activities proving my innocente in this case.

Your Honor. I have four young children and spend all my time in the comminty with them. I never been away from them. Your honor I never knew my father but I am a great parent. I am a god fearing men and I know I sin before but I did not commit these charges. I working on the comminity most of the time

and the people from the comminty will testify at trail. I work at a shelter for troubled teams and with Romney f      . I know you see a lot of guilty people but I am honestly telling you i am not one of them.

I am not yet a college graduate but have been concerned about my plight that I have spent time reseaching on the prison computer. Enclosed is a draft motion to appeals but I do not ask you to file it since the counsel told me it would not work the motion to suppress evidence so I do not wish to waste the courts time. it is my desire, however to bring both a motion to appeal and a renewed motion for bail based on my innocence as well as my reputation in the comminity I am no danger.

By this letter I have tried my best to write and relay my thoughts and I respectfully ask you give me a chance to spend with my children and appoint another Attorney to re.present me to prove my Innocence.

Repectfully,

Ricky J Atkins
*/s/ Ricky Atkins*

Ricky J. Atkins
Reg. No. 07156-104
Federal Detention Center
P.O. Box 019120
Miami, FL 33101

LEGAL MAIL

Office of the Clerk
United States District Court
U.S. Courthouse
400 North Miami Ave - Rm 8
Miami, FL 33128

