UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20895-CR-COOKE/TORRES

UNITED STATES OF AMERICA,

    Plaintiff,

Vs.

RICKY ATKINS,

    Defendant.

_____/

### ORDER GRANTING MOTION TO WITHDRAW AND APPOINT CJA COUNSEL

THIS CAUSE came before the Court on February 20, 2015 for Status Conference and on the defendant's *(Pro-Se) Letter/Motion to Withdraw and for Appointment of New CJA Counsel* (ECF No.38). Having reviewed the record and being otherwise informed as to its premises, it is hereby,

**ORDERED AND ADJUDGED** that the motion is **GRANTED**. The Court grants attorney Helaine Batoff, AFPD to withdraw from further representation of the defendant and appoints CJA attorney **T. Omar Malone, Esq.** to appear as counsel for the defendant.

**DONE AND ORDERED** in Chambers at the United States District Courthouse in Miami- Dade County, Florida this 20th day of February 2015.

*[signature]*
MARCIA G. COOKE
United States District Judge