# United States District Court
## SOUTHERN DISTRICT OF FLORIDA

**United States of America v. Ricky Jermaine Atkins**

**WITNESS LIST**

**CASE NUMBER:** 14-20895-CR-MGC

| PRESIDING JUDGE<br>Hon. Marcia G. Cooke | ASSISTANT UNITED STATES ATTORNEYS<br>Seth Schlessinger/Elina Rubin-Smith | DEFENDANT'S ATTORNEY<br>Alexander Michaels |
|---|---|---|
| TRIAL DATE(S)<br>October 19, 2015 | COURT REPORTER<br>Glenda Powers | COURTROOM DEPUTY<br>Ivan Marchena |

| USA. NO. | DEF. NO. | DATE OFFERED | DATE ADMITTED | WITNESS | DESCRIPTION OF WITNESSES |
|---|---|---|---|---|---|
| | | | | | Ben Kemmer, Florida Keys Children's Shelter |
| | | | | | G.W. |
| | | | | | L.P. |
| | | | | | Miami Police Dept. Cmdr. Jose Alfonso |
| | | | | | MCSO Det. Vince Weiner |
| | | | | | FBI SSA Amanda Detterline |
| | | | | | Sandra Simon |
| | | | | | J.H. |
| | | | | | N.L. |
| | | | | | Shafik Najm, Loss Prevention Program Director, Florida Turnpike |
| | | | | | T-Mobile Records Custodian |
| | | | | | FBI SA David Magnuson |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |