# United States District Court
## SOUTHERN DISTRICT OF FLORIDA

**United States of America v. Ricky Jermaine Atkins**

EXHIBIT LIST

CASE NUMBER: 14-20895-CR-MGC

| PRESIDING JUDGE<br>Hon. Marcia G. Cooke | | ASSISTANT UNITED STATES ATTORNEYS<br>Seth Schlessinger/Elina Rubin-Smith | | | DEFENDANT'S ATTORNEY<br>Alexander Michaels |
|---|---|---|---|---|---|
| TRIAL DATE(S)<br>October 19, 2015 | | COURT REPORTER<br>Glenda Powers | | | COURTROOM DEPUTY<br>Ivan Marchena |

| USA. NO. | DEF. NO. | DATE OFFERED | DATE ADMITTED | WITNESS | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| 1 | | | | | Exterior Photograph – Florida Keys Children's Shelter |
| 2 | | | | | Atkins FKCS Job Application |
| 3 | | | | | FKCS Employee Shift Log – August 2014 |
| 4 | | | | | Certified Birth Certificate – G.W. |
| 5 | | | | | Certified Birth Certificate – L.P. |
| 6A-6B | | | | | FKCS Incident Report & Bed Check Log – August 15, 2014 |
| 7A-7C | | | | | Exterior Photographs – Froggy's Fitness |
| 8 | | | | | Certified Florida DAVID Record – Mark Peto |
| 9 | | | | | Subscriber Information – (305) 942-0819 |
| 10A-10B | | | | | Exterior Photographs – Motel 6 |
| 11 | | | | | Internet Advertisements – G.W. and L.P. |
| 12 | | | | | Exterior Photograph – Hampton Inn |
| 13 | | | | | Hampton Inn Rental Record – 8/19/14 |
| 14 | | | | | Recorded Telephone Conversations – G.W./Atkins |
| 15 | | | | | Recorded Statement – Ricky Atkins (9/9/14) |
| 16 | | | | | Cellular Telephone (786 302 7795) |
| 17 | | | | | Search Warrant – Digital Contents of Cellular Telephone (786 302 7795) |
| 18 | | | | | Search Warrant – Historical Cell-Site Location Information (786 302 7795) |
| 19A | | | | | Digital Contents of Cellular Telephone (786 302 7795) |
| 19B | | | | | Summary Exhibit – Text Messages from GX 19A |
| 20 | | | | | DAVID Vehicle Information – Nissan Murano, FL tag 718XWK |
| 21 | | | | | FDOT SunPass Records |
| 22 | | | | | Certified Florida DAVID Record – Ricky Jermaine Atkins |
| 23A-23B | | | | | T-Mobile Call Detail Records and Subscriber Information (786 302 7795) |

| | | | | | |
|---|---|---|---|---|---|
| 24 | | | | | Motel 6 Rental Records – 8/15/14 – 8/18/14 |
| 25A-25G | | | | | Facebook Messages – Simon/Brookins |
| 26A-26B | | | | | Subscriber Information & Toll Records – (786 923 7717) |
| 27 | | | | | Subscriber Information – (786 205 6753) |
| 28 | | | | | Western Union Transaction Records – Ricky Atkins, Sandra Simon, J.H., N.L. |
| 29 | | | | | Recorded Jail Call – Atkins/Simon (9/10/14) |
| 30 | | | | | Plea Agreement – Sandra Simon |
| 31A - 31D | | | | | Backpage Advertisements – J.H. (subpoena 152087) |
| 32A - 32D | | | | | Backpage Advertisements – N.L. (subpoena 152087) |
| 33A – 33B | | | | | Backpage Advertisments – Simon (subpoena 152087) |
| 34 | | | | | Summary Exhibit – Cell Site Location Information |
| 35 | | | | | Stipulation |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.