UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## CRIMINAL TRIAL MINUTES FOR JUDGE MARCIA G. COOKE

Date: 10/29/2015    Day #: 4    Case #: 14-20895-CR

CRD: Ivan Marchena    Court Reporter: Glenda Powers

Interpreter:

PARTIES: USA vs. RICKY JERMAINE ATKINS

| GOVERNMENT ATTORNEY | DEFENDANT ATTORNEY |
|---|---|
| Seth Schlessinger, AUSA | Alexander Michaels, Esq. |
| Elina Rubin-Smith, AUSA | |

\_\_    Trial Commenced - Jury

\_\_    Statement of case to jury - voir dire

\_\_    Jury impaneled & sworn

The jurors returned to the jury box with all counsel and the defendant present. Government witnesses continued their testimony. The Court recessed the trial of this cause until tomorrow 10/30/15 at 9:00 a.m.