UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20895-CR-COOKE

UNITED STATES OF AMERICA,

    Plaintiff,

Vs.

RICKY JERMAINE ATKINS,

    Defendant.
_____/

QUESTION/NOTE FROM THE
JURY TO THE COURT

Based on our discussions we will not be ready and need to return tomorrow.

Date: 11/5/15
Time: 4:49 pm

_____
FOREPERSON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20895-CR-COOKE

UNITED STATES OF AMERICA,

    Plaintiff,

Vs.

RICKY JERMAINE ATKINS,

    Defendant.
_____/

QUESTION/NOTE FROM THE
JURY TO THE COURT

Disregard last note about Conspiracy

Date: 11/6/15
Time: 9:46 AM

FOREPERSON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20895-CR-COOKE

UNITED STATES OF AMERICA,

    Plaintiff,

Vs.

RICKY JERMAINE ATKINS,

    Defendant.
_____/

QUESTION/NOTE FROM THE
JURY TO THE COURT

Can we get an UNDERSTANDING of Conspiracy in Lay-man's Term?

Date: 11/6/15
Time: 9:33 Am

_____
FOREPERSON