```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                           MIAMI DIVISION
                    Case No.:  14-20895-CR-COOKE
```

**UNITED STATES OF AMERICA,**        )
                                                          )
              Plaintiff,        )
                                        )  Miami, Florida
      -v-                      )  August 5, 2015
                                        )  10:50 AM - 10:54 AM
**RICKY JERMAINE ATKINS,**        )  Pages:  1-5
                                        )
              Defendant.        )

**COMPETENCY HEARING**
BEFORE THE HONORABLE MARCIA G. COOKE
UNITED STATES DISTRICT COURT JUDGE

APPEARANCES:

For the United States       **ELINA A. RUBIN-SMITH, AUSA**
                                        United States Attorney's Office
                                        99 Northeast Fourth Street
                                        Miami, Florida 33132
                                        305.961.9415
                                        elina.rubin-smith@usdoj.gov

For the Defendant           **ALEXANDER J. MICHAELS, ESQUIRE**
                                        999 Ponce De Leon Boulevard
                                        Suite 750
                                        Coral Gables, Florida 33134
                                        305.324.0547
                                        amichaelslaw@yahoo.com

STENOGRAPHICALLY             **TAMRA K. PIDERIT, RDR, CRR**
REPORTED BY:                   Official Court Reporter
                                        400 North Miami Avenue, Suite 08S39
                                        Miami, Florida 33128
                                        305.523.5024
                                        tamra_piderit@flsd.uscourts.gov

```
 1                    P R O C E E D I N G S
 2              (Court called to order at 10:50 AM.)
 3              THE COURTROOM DEPUTY:  Your Honor, we have our status
 4    conference Re:  Competency evaluation on United States of
 5    America v. Ricky Atkins; Case No. 14-20895.
 6              THE COURT:  For the record, appearing on behalf of the
 7    United States.
 8              MS. RUBIN-SMITH:  Good morning, Your Honor.  Elina
 9    Rubin-Smith on behalf of the United States.
10              THE COURT:  And appearing to behalf of Mr. Atkins.
11              MR. MICHAELS:  Good morning, Your Honor.  Alexander
12    Michaels on behalf of Mr. Atkins, who stands present before the
13    Court.
14              THE COURT:  Today is the date and time set for the
15    competency hearing in this matter.
16              Counsel for Mr. Atkins, have you had an opportunity to
17    read and review the forensic evaluation that was filed with the
18    Court on July 10th?
19              MR. MICHAELS:  Yes, Your Honor.
20              THE COURT:  Counsel for the United States, have you had
21    an opportunity?
22              MS. RUBIN-SMITH:  Yes, Your Honor.
23              THE COURT:  Mr. Michaels, how do you wish to proceed
24    for Mr. Atkins this morning?
25              MR. MICHAELS:  Judge, first I would like to -- I filed
```

3

1   a motion, I didn't have a ruling yet on it, asking for a second
2   evaluation.  Based on your ruling on that, I will proceed
3   accordingly based on your ruling.
4           **THE COURT:**  Well, based upon my review of your motion
5   as well as the forensic examination that I reviewed, your motion
6   for an additional forensic examination is denied.  I believe
7   that I have sufficient information available to me in that
8   report to exercise my authority under the rule to make a
9   decision for Mr. Atkins and proceed to trial.
10          **MR. MICHAELS:**  Based on that, Your Honor, I spoke with
11  Mr. Atkins, and I believe he is willing and I am willing, of
12  course, to stipulate to the report.  I have no admonition, so to
13  speak, to attack the report at this point, so I don't see that
14  going to a full-blown hearing is going to change anything or
15  benefit my client.
16          So I spoke with my client, and we are willing to
17  stipulate to the report rather than go through a futile
18  exercise.
19          **THE COURT:**  Counsel for the United States, do you have
20  anything to add concerning the competency report that was filed
21  with the Court?
22          **MS. RUBIN-SMITH:**  No, Your Honor.  We stipulate to the
23  report as well.  Dr. Feldman's review was comprehensive, and we
24  stipulate with no further questions.
25          **THE COURT:**  Thank you very much.

1      I want to say for the record that I have had an
2 opportunity to review the report that was furnished to the
3 Court; it's 13 pages.  It's very comprehensive, and it
4 specifically evaluates whether or not this Defendant is
5 competent to proceed to trial in regard to this matter and
6 whether or not he understands the charges against him and his
7 ability to assist the defense and his ability to understand
8 courtroom proceedings.
9      Based upon the evaluation provided by Dr. Feldman, I do
10 find the Defendant is competent to stand trial in this matter.
11 He understands the charges against him, he is able to assist his
12 defense counsel, and he understands the courtroom proceedings.
13 I do find the Defendant competent to proceed.
14      I do think this time, Counsel, we do have to set a new
15 trial date in regard to this matter because our past trial date
16 passed while Mr. Atkins was undergoing a psychological
17 evaluation.
18      I'm going to ask the courtroom deputy to give us a
19 trial date in connection with this matter.
20      THE COURTROOM DEPUTY:  Yes, Your Honor.  October the
21 5th for trial, 9:00 in the morning.  September 30th, that's a
22 Wednesday, at 3 PM for calendar call.
23      **THE COURT:**  Counsel for the United States, is that a
24 good date for you?
25      MS. RUBIN-SMITH:  Yes, Your Honor, it is.

```
 1              THE COURT:  Mr. Michaels?
 2              MR. MICHAELS:  Yes, Your Honor.
 3              THE COURT:  Thank you very much, Counsel.  I will see
 4     everyone back in October.
 5              (Thereupon, the proceedings were concluded
 6                         at 10:54 AM.)
 7
 8                            * * * * *
 9
10
11
12                       C E R T I F I C A T E
13
14         I, Tamra K. Piderit, Certified Realtime Reporter and
15     Registered Diplomate Reporter, certify that the foregoing is a
16     correct transcript from the record of proceedings in the
17     above-entitled matter.
18          Dated this 22nd day of April, 2016.
19
20
21                            /s/ *Tamra K. Piderit*
22                            Certified Realtime Reporter
                              Registered Diplomate Reporter
23
24
25
```