```
 1                      UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF FLORIDA
 2
                        CASE NO. 1:14-CR-20895-MGC-1
 3

 4    UNITED STATES OF AMERICA         Miami, Florida

 5           vs.                       Friday
                                       November 6, 2015
 6    RICKY JERMAINE ATKINS            Scheduled 10:30 a.m.
                                       10:52 a.m. to 10:57 a.m.
 7
                                       Day 10 of 10
 8                                     Pages 1 - 6
     _____
 9

10                              JURY TRIAL
                  BEFORE THE HONORABLE MARCIA G. COOKE
11                   UNITED STATES DISTRICT JUDGE

12
      APPEARANCES:
13

14    FOR THE GOVERNMENT:        SETH M. SCHLESSINGER, ESQ.
                                 ELINA A. RUBIN-SMITH, ESQ.
15                               United States Attorney's Office
                                 99 N.E. 4th Street
16                               Miami, Florida  33132

17
      FOR THE DEFENDANT:         ALEXANDER JOHN MICHAELS, ESQ.
18                               999 Ponce de Leon Boulevard
                                 Suite 750
19

20
                                 Coral Gables, Florida   33134
21
      STENOGRAPHICALLY
22    REPORTED BY:               GLENDA M. POWERS, FPR, CRR, FPR
                                 Official Federal Court Reporter
23                               United States District Court
                                 400 North Miami Avenue
24                               Miami, Florida 33128

25
```

1                         I N D E X

2
                                                          PAGE
3

4    JURY VERDICT                                           3

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1            (Call to the Order of the Court:)

2            COURT SECURITY OFFICER:  All rise.  Court is in

3   session.  Please come to order.

4            THE COURT:  I understand, ladies and gentlemen, we do

5   have a verdict.  Court Security Officer, if you would bring in

6   the jury, please.

7            COURT SECURITY OFFICER:  Yes, ma'am.

8            (Jury entered courtroom at 10:53 a.m.)

9            THE COURT:  Welcome back, ladies and gentlemen.  Please

10  take your same seats.

11           Please take your same seats.

12           Ladies and gentlemen, you may be seated.  I ask the

13  foreperson to please hand the jury verdict form to the

14  courtroom deputy.

15           I'd ask the Courtroom Deputy to please read the jury's

16  verdict into the record and then poll the ladies and gentlemen

17  of the jury for me, please.

18           COURTROOM DEPUTY:  Yes, Your Honor.

19           In the United States District Court for the Southern

20  District of Florida, Case Number 14-20895, the United States of

21  America versus Ricky Jermaine Atkins.

22           We, the jury in this case, unanimously find as follows:

23           As to Count 1 of the indictment, we find the defendant

24  guilty.  As Count 2, guilty.  As to Count 3, guilty.

25           So say we all, signed and dated at this United States

```
 1    Courthouse this 6th day of November, 2015.
 2              Ladies and Gentlemen of the Jury, you've heard me read
 3    your verdict.  After I call your juror number, if this is your
 4    verdict, answer yes.  If it is not your verdict answer no.
 5    Juror Number 1, is this your verdict?
 6              THE JUROR:  Yes.
 7              COURTROOM DEPUTY:  Juror Number 2, is this your
 8    verdict?
 9              THE JUROR:  Yes.
10              COURTROOM DEPUTY:  Juror Number 3?
11              THE JUROR:  Yes.
12              COURTROOM DEPUTY:  Juror Number 4?
13              THE JUROR:  Yes.
14              COURTROOM DEPUTY:  Juror Number 5?
15              THE JUROR:  Yes.
16              COURTROOM DEPUTY:  Juror Number 6?
17              THE JUROR:  Yes.
18              COURTROOM DEPUTY:  Juror Number 7?
19              THE JUROR:  Yes.
20              COURTROOM DEPUTY:  Juror Number 8?
21              THE JUROR:  Yes.
22              COURTROOM DEPUTY:  Juror Number 9?
23              THE JUROR:  Yes.
24              COURTROOM DEPUTY:  Juror Number 10?
25              THE JUROR:  Yes.
```

```
 1              COURTROOM DEPUTY:  Juror Number 11?
 2              THE JUROR:  Yes.
 3              COURTROOM DEPUTY:  And Juror Number 12?
 4              THE JUROR:  Yes.
 5              COURTROOM DEPUTY:  All accede in the verdict,
 6   Your Honor.
 7              THE COURT:  Thank you very much, ladies and gentlemen,
 8   for your service.  If you will step into the jury room, I will
 9   formally discharge you.  Thank you very much.
10              COURT SECURITY OFFICER:  All rise.
11              (Jury excused at 10:56 a.m.)
12              THE COURT:  The defendant, having been found guilty of
13   all three counts contained in the indictment, the Courtroom
14   Deputy will now set a sentencing date in this matter.
15              COURTROOM DEPUTY:  January 27th, Your Honor, at 10:00
16   in the morning.
17              THE COURT:  Verdict will be entered accordingly and
18   judgment will be entered as to all three counts.
19              MR. SCHLESSINGER:  Thank you, Your Honor.
20              MR. MICHAELS:  Thank you, Your Honor.
21              THE COURT:  The courtroom deputy will clear the
22   courtroom in ten minutes.
23              (Proceedings concluded at 10:57 a.m.)
24
25
```

C E R T I F I C A T E

I hereby certify that the foregoing is an accurate transcription of the proceedings in the above-entitled matter.

June 10, 2016            /s/Glenda M. Powers
DATE                     GLENDA M. POWERS, RPR, CRR, FPR
                         Official Federal Court Reporter
                         United States District Court
                         400 North Miami Avenue, 08S33
                         Miami, Florida 33128