UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **14-20895-CR-COOKE**

**UNITED STATES OF AMERICA,**

**v.**

**RICKY JERMAINE ATKINS,**

           **Defendant.**
_____/

## UNITED STATES'S MOTION TO UNSEAL HEARING

The United States of America, by and through the undersigned Assistant United States Attorney, hereby submits this motion to unseal the status conference held as to Ricky Jermiane Atkins ("Atkins") on February 20, 2015. As grounds for the motion, the United States asserts the following:

1. On February 13, 2015, while represented by the Federal Public Defender's Office, Atkins filed a *pro se* Motion to Suppress Statements and Evidence (DE 35) and Letter to Judge Cooke requesting the appointment of new counsel (DE 37).

2. On February 18, 2015, the Court set a hearing "as to Ricky Jermaine Atkins Status Conference re: (Pro-se) Motion to Suppress and Motion to Withdraw Attorney" for February 20, 2015 (DE 41).

3. On February 20, 2015, the Court held the above-referenced hearing (DE 42).

4. Atkins has filed an appeal in the Eleventh Circuit (DE 166), in which he challenges the Courts denial of his Motion to Suppress.

1

5.      The United States has ordered a transcript of the February 20, 2015 hearing that was set, in part, to address Atkins's *pro se* Motion to Suppress. However, court reporter Lisa Edwards informed the United States that at least a portion of the hearing was sealed and cannot be transcribed without an Order to Unseal the hearing.

6.      A transcript of the February 20, 2015 hearing is necessary to provide the Eleventh Circuit with a complete record because the hearing likely contains discussions of Atkins's *pro se* Motion to Suppress, which are relevant to one of the issues on appeal.

7.      Counsel currently representing Atkins, Thomas J. Butler, Esq., indicated he has no objection to this motion to unseal the hearing.

8.      Accordingly, the United States respectfully requests the Court unseal the February 20, 2015 hearing in this matter so that the transcript can be prepared and provided to the Eleventh Circuit for the purpose of evaluating Atkins's appeal.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By:     *s/Elina A. Rubin-Smith*
        Elina A. Rubin-Smith
        Assistant United States Attorney
        Florida Court ID A5501786
        99 Northeast 4th Street
        Miami, Florida 33132-2111
        Phone: (305) 961-9415
        Fax: (305) 530-7087

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of this pleading was filed via the Court's electronic filing system on January 23, 2017.

*s/Elina A. Rubin-Smith*
Elina A. Rubin-Smith
Assistant United States Attorney
