**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. **14-20895-CR-COOKE**

**UNITED STATES OF AMERICA,**

**v.**

**RICKY JERMAINE ATKINS,**

          **Defendant.**
_____/

**PROPOSED ORDER TO UNSEAL HEARING**

THIS MATTER is before the Court on the United States's Motion to Unseal the February 20, 2015 hearing in this case. This Court, having reviewed the record and being duly advised in the premises, it is

ORDERED and ADJUDGED that the Motion is GRANTED. The February 15, 2015 hearing is hereby unsealed.

DONE and ORDERED in Miami, Florida, this _____ day of January, 2017.

                                              MARCIA G. COOKE
                                              UNITED STATES DISTRICT COURT JUDGE